UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON, Plaintiff, v. ROBERT NEUSCHMID, et al., Defendants. | Case No. 19-cv-07490-SI  **ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT**  Re: Dkt. No. 8 |

Plaintiff's request for an extension of the deadline to file his amended complaint is GRANTED. Docket No. 8. Plaintiff must file his amended complaint no later than **May 29, 2020.** Plaintiff should not expect further extension of this deadline; although the law library access at his prison may be restricted, he can prepare his amended complaint by simply consulting his own memory of events.

**IT IS SO ORDERED**.

Dated: March 26, 2020

SUSAN ILLSTON
United States District Judge