UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NEUSCHMID, et al.,<br><br>Defendants. | Case No. 19-cv-07490-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action if he ever satisfies the exhaustion-of-administrative-remedies requirement.

**IT IS SO ORDERED AND AJUDGED**.

Dated: July 10, 2020

_____
SUSAN ILLSTON
United States District Judge